DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO CASTRO-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | No. 2:08-cr-00195-MCE |
| ) | |
| Plaintiff,      ) | **AMENDED STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v.          ) | |
| ) | |
| RICARDO CASTRO-FELIX,                ) | |
| ) | Date: June 12, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant.      ) | Judge: Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE JR, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 12, 2008 be vacated, and the matter be set for status conference on July 24, 2008 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 24, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 10, 2008.					Respectfully submitted,

							DANIEL J. BRODERICK
							Federal Public Defender


DATED: June 10, 2008.					/s/ Linda C. Harter
							LINDA C. HARTER
							Chief Assistant Federal Defender
							Attorney for Defendant

							McGREGOR W. SCOTT
							United States Attorney


DATED: June 10, 2008.					/s/Linda C. Harter for Daniel McConkie
							DANIEL MCCONKIE JR
							Assistant U.S. Attorney
							Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including July 24, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2