DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO CASTRO-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-195-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| RICARDO CASTRO-FELIX, | ) | |
| | ) | Date: July 24, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE JR, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 24, 2008 be vacated, and the matter be set for status conference on August 21, 2008 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 21, 2008 pursuant to 18 U.S.C.

1 §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2 upon continuity of counsel and defense preparation.
3 DATED: August 4, 2008.                    Respectfully submitted,
4                                           DANIEL J. BRODERICK
                                            Federal Public Defender
5

6
  DATED: August 4, 2008.                    /s/ Linda C. Harter
7                                           LINDA C. HARTER
                                            Chief Assistant Federal Defender
8                                           Attorney for Defendant

9                                           McGREGOR W. SCOTT
                                            United States Attorney
10

11
  DATED: August 4, 2008.                    /s/Linda C. Harter for Daniel
12                                          McConkie
                                            DANIEL MCCONKIE JR
13                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
14

15

16

17
                                **O R D E R**
18
     **IT IS SO ORDERED.**   Time is excluded from today's date through and
19
  including August 21, 2008 in the interests of justice pursuant to 18
20
  U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
21
  T4.
22

23  Dated: August 4, 2008

24                                          _____
25                                          MORRISON C. ENGLAND, JR.
26                                          UNITED STATES DISTRICT JUDGE

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28