```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO CASTRO-FELIX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-08-00195-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE AND** |
| | ) | **EXCLUDING TIME** |
| RICARDO CASTRO-FELIX, | ) | |
| | ) | Date:  November 20, 2008 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE JR, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 20, 2008 be vacated, and the matter be set for status conference on December 18, 2008 at 9:00 a.m.

The reason for this continuance is that defense counsel continues to need additional time to investigate a citizenship claim, and is still awaiting military personnel records which have been ordered from the National Personnel Records Center.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including December 18, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 19, 2008             Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Public Defender


                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      RICARDO CASTRO-FELIX


Dated:  November 19, 2008             McGREGOR W. SCOTT
                                      United States Attorney


                                      Linda C. Harter for
                                      DANIEL MCCONKIE, JR.
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including December 18, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

 Dated:  November 21, 2008

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

2