1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RICARDO CASTRO-FELIX

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. 2:08-cr-00195-MCE
                                    )
12               Plaintiff,         )
                                    )  **STIPULATION AND ORDER**
13       v.                         )  **CONTINUING STATUS CONFERENCE AND**
                                    )  **EXCLUDING TIME**
14 RICARDO CASTRO-FELIX,            )
                                    )  Date:  January 15, 2009
15                                  )  Time:  9:00 a.m.
                 Defendant.         )  Judge: Morrison C. England Jr.
16 _____

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, DANIEL MCCONKIE JR, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of January 15, 2009 be vacated, and the matter be set for

22 status conference on January 29, 2009 at 9:00 a.m.

23      The reason for this continuance is that defense counsel

24 continues to need additional time to investigate a citizenship claim.

25 We have made significant progress in locating family members and are

26 awaiting the completion of affidavits in support of the defendant's

27 claim to citizenship.

28      Based upon the foregoing, the parties agree that the time under

1  the Speedy Trial Act should be excluded from the date of signing of
2  this order through and including December 18, 2008 pursuant to
3  18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code
4  T4 based upon continuity of counsel and defense preparation.

Dated:  January 14, 2009            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender


                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    RICARDO CASTRO-FELIX


Dated:  January 14, 2009            LARRY G. BROWN
                                    Acting United States Attorney


                                    Linda C. Harter for
                                    DANIEL MCCONKIE, JR.
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including January 14, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order                          2