LAWRENCE G. BROWN
Acting United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR S-08-195 MCE |
| | ) |
| Plaintiff, | ) GOVERNMENT MOTION TO DISMISS |
| | ) AND ORDER DISMISSING |
| v. | ) INDICTMENT |
| | ) |
| RICARDO CASTRO-FELIX, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The government hereby moves to dismiss the indictment for insufficient evidence to prove the defendant's alienage beyond a reasonable doubt.

The defendant could derive citizenship through his father if, *inter alia*, his father was born in Puerto Rico and had ten years of residency between 1922 and 1959 in the United States. Service in the U.S. military would count toward that residency requirement. Based on the defendant's consensual interview with immigration authorities during the pendency of this case, records that the defendant has provided, and records in his immigration file, it appears that his claim is plausible. Unfortunately, some of the military records critical to the defendant's claim may

1

have been destroyed in a fire of government archives.

This case has been continued many times over the past several months as the parties have discussed and developed the defendant's claim. The undersigned arranged for an expeditious determination of the defendant's Application for Certificate of Citizenship to U.S. Citizenship and Immigration Services (N-600). This past week, the undersigned learned that the N-600 would likely be denied unless the defendant were to provide more evidence, but that immigration authorities considered credible the evidence he was able to marshal.

The defendant might not have sufficient evidence to prove his claim through the N-600 process. But in this criminal proceeding, the government bears a heavy burden of proving beyond a reasonable doubt that the defendant is an alien. 8 U.S.C. § 1326(a).

///
///
///
///
///
///
///
///
///
///
///
///
///

Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government asks the Court to file an order dismissing the indictment.

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Date: *February 18, 2009*        By:    */s/ Daniel S. McConkie*
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney

                                        Attorneys for the Plaintiff
                                        UNITED STATES OF AMERICA


                          **O R D E R**

APPROVED AND SO ORDERED:


Dated: February 27, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE